IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROBERT ALLEN YOUNGBLOOD, II<br>　　Plaintiff<br><br>v.<br><br>WILSON'S GUN SHOP, INC., D/B/A<br>WILSON COMBAT<br>　　Defendant | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 2:23-cv-0026<br>§<br>§<br>§<br>§<br>§ |

**STIPULATION TO DISMISS PLAINTIFFS' PLAINTIFF'S
COMPLAINT WITH PREJUDICE AND ORDER**

To:    The Clerk of the above entitled Court and all Parties and their respective attorneys or record

COMES NOW, Plaintiff, **ROBERT ALLEN YOUNGBLOOD, II** and Defendant, **WILSON'S GUN SHOP, INC., D/B/A WILSON COMBAT,** and each of them, by and through their respective attorneys of record, and stipulate pursuant to the terms and conditions of the ruling of the court and to dismiss the action in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

WHEREFORE, the parties pray that this Court dismiss the above matter and that all costs of Court incurred in this cause are hereby taxed and assessed against the party incurring same.

        Respectfully submitted,

        **PHENIX & CRUMP, PLLC**
        P.O. Drawer 1005
        Henderson, TX 75653
        (903) 657-3595
        (903) 657-3598 FAX
        J. R. "Rusty" Phenix
        Bar No. 1598300
        Cary Crump Bar No. 90001754

BY: */s/ J.R. "Rusty" Phenix*
        **J. R. "RUSTY" PHENIX**
        **ATTORNEY FOR PLAINTIFF**


        Respectfully submitted,

        _____
        CURTIS (CURT) W. FENLEY, III
        **FENLEY & BATE, L.L.P**.
        P.O. Box 450
        Lufkin, Texas 75902-0450
        TPN: (936) 634-3346
        FXN: (936) 639-5874
        SBN: 06902010
        *Email:* cfenley@fenley-bate.com
        ***ATTORNEY FOR DEFENDANT***

**CERTIFICATE OF CONFERENCE**

Please take notice that counsel for Plaintiff and Defendant conferred regarding the following documents:

1. Joint Stipulation of Dismissal.

The undersigned certifies that:

1. The undersigned counsel has complied with the meet and confer requirements of Local Rule CV-7(h).
2. The Motion is agreed.

Respectfully Submitted,

_____
CURTIS (CURT) W. FENLEY, III
**FENLEY & BATE, L.L.P**.
P.O. Box 450
Lufkin, Texas 75902-0450
TPN: (936) 634-3346
FXN: (936) 639-5874
SBN: 06902010
*Email:* cfenley@fenley-bate.com
***ATTORNEY FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney of record in the above-numbered and styled cause, do hereby certify that on the 5th day of June 2024, I served a true and correct copy of the Joint Agreed Stipulation of Dismissal on all parties and counsel of record, by sending the same as follows:

| | |
|---|---|
| Mr. J.R. "Rusty" Phenix<br>Phenix & Crump, PLLP<br>P.O. Box 1005<br>Henderson, Texas 75654<br>rusty@phenixlawfirm.com | ☐ By certified mail<br>☐ By regular mail<br>☐ By overnight mail<br>☐ By hand delivery<br>☒ By Facsimile/Email<br>☒ By EFILE |

_____
CURTIS (CURT) W. FENLEY, III