IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN YOUNGBLLOOD, II, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00026-JRG |
| WILSON'S GUN SHOP, INC., d/b/a WILSON COMBAT, | § § § § | |
| *Defendant*. | § § | |

# ORDER

Before the Court is the FRCP 41(a)(1)(A)(i) Notice of Dismissal (the "Notice") filed by Plaintiff Robert Allen Youngblood II ("Plaintiff") and Defendant Wilson's Gun Shop, Inc. d/b/a Wilson Combat ("Defendant"). (Dkt. No. 6.) In the Notice, the parties dismiss this action in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by the parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jun 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE